_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-07098-JLS-MBK                                    Date: May 19, 2026
Title: Rika Porter v. Transdev Alternative Services Inc., et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 18, 2026, the Court set a scheduling conference for May 29, 2026, and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference."  (Order Setting Scheduling Conference, Doc. 24 ¶ 1.) Defendant's counsel filed a unilateral report that describes Plaintiff's counsel's failure to respond to their attempts to finalize the Joint Report for filing.

Within three days of the entry of this Order, Plaintiff's counsel are ORDERED to confer with counsel for Defendant and to participate in the final preparation of an Amended Joint Rule 26(f) Report, which shall be filed no later than fourteen days from the entry of this Order.

Also within fourteen days of the entry of this Order, Plaintiff's counsel are ORDERED to show cause in writing why the Court should not impose monetary sanctions for their failure to participate in the finalization of the Joint Report.

The Court VACATES the Scheduling Conference.  The Court will issue a scheduling order based upon the parties' Amended Joint Rule 26(f) Report.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  kd

_____

**CIVIL MINUTES – GENERAL**                                                       1